■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES McPHERSON, Appellant. — Judgment of the Supreme Court, Kings County, rendered March 3, 1980, affirmed. No opinion. This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J.P., Lazer, Gibbons and Cohalan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISABEL ORTEGA, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered September 10, 1979, upon resentence (see Penal Law, § 60.09), convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty. Judgment affirmed. We have reviewed the record and agree with appellant's assigned counsel that there are no meritorious grounds which could be raised on this appeal. Counsel's application for leave to withdraw is granted (see *Anders v California,* 386 US 738; *People v Pearson,* 62 AD2d 1043; *People v Foster,* 58 AD2d 814; cf. *People v Gonzalez,* 47 NY2d 606). Mollen, P.J., Margett, O'Connor and Weinstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM J. OTTOMANELLI, Appellant. — Judgment of the Supreme Court, Suffolk County, rendered April 10, 1979, affirmed. No opinion. This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P.J., Margett, O'Connor and Weinstein, JJ., concur.